[667 NYS2d 965]

In the Matter of WILBUR P. TRAMMELL, a Suspended Attorney, Respondent.

Fourth Department, February 4, 1998

## APPEARANCES OF COUNSEL

*Wilbur P. Trammell,* Buffalo, respondent *pro se.*

*Roderick Quebral,* Buffalo, for Grievance Comittee of the Eighth Judicial District.

## OPINION OF THE COURT

Per Curiam.

Respondent was admitted to the practice of law by this Court on March 10, 1954. On November 24, 1997, respondent was

convicted upon his plea of guilty in the Federal District Court for the Western District of New York of making a false written statement to the United States Government, in violation of 18 USC § 1001. On December 11, 1997, this Court entered an order suspending respondent and directing him to show cause why a final order of discipline should not be entered pursuant to Judiciary Law § 90 (4) (b) and (e). Respondent appeared and argued that there is no corresponding New York State felony and that his conduct does not constitute a serious crime pursuant to Judiciary Law § 90 (4) (d).

We conclude that making a false written statement to the Government is essentially similar to offering a false instrument for filing in the first degree in violation of Penal Law § 175.35, a class E felony (*see, Matter of Tracy*, 218 AD2d 48; *Matter of Knoll*, 181 AD2d 136). Accordingly, respondent is automatically disbarred pursuant to Judiciary Law § 90 (4) (b) and (e).

PINE, J. P., LAWTON, WISNER, BALIO and BOEHM, JJ., concur.

Final order of disbarment entered pursuant to Judiciary Law § 90 (4) (b) and (e).